<span style="color:red">**CONFIDENTIAL DRAFT**</span>



[First name and Last name]
[Address]
[City], [State] [Zip Code]

Dear [first name and last name],

**We're grateful for the hardworking UPSers around the world who deliver what matters.** In a world where the rate of change is accelerating, we're making thoughtful, forward-looking decisions to position UPS for lasting success.

As part of these changes, **we are continuing to reshape our network and will be adjusting staffing across the U.S. to match our business needs**. In 2026, we will glide down additional Amazon volume, transition some final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS and close additional buildings.  We anticipate additional driver layoffs beginning in early 2026 as a result.

You are eligible to participate in the **Driver Choice Program (DCP)**. This program gives you the opportunity to **voluntarily leave UPS and receive a separation package of $125,000**, in addition to any pension and healthcare benefits earned.

> **For Retirement-Eligible Drivers**
> We understand that **you appreciate having choices**, including the option to move in another direction. Whether you are interested in retirement, pursuing new interests or exploring other opportunities, we are pleased to be able to offer this opportunity to you.
>
> **For Drivers Not Retirement Eligible**
> We understand that **you appreciate having choices**, including the option to move in another direction. Whether you are interested in pursuing a new career, spending more time with family or exploring other opportunities, we are pleased to be able to offer this opportunity to you.

**Offer Overview:**
- $125,000 – in addition to any retirement benefits earned, including pension and healthcare.
- Election window is open from Feb. 13 to Mar. 12, 2026.
- Most separation dates will be Apr. 26, 2026. If you would prefer an earlier date, please make a request to DriverChoice@ups.com.

If you are interested, you must **apply through the DCP portal by March 12, 2026, at 11:59 p.m. ET**. Applications will be considered according to the local needs of the business. If the maximum number of applications is exceeded for a specific facility, approvals will be granted in full-time seniority order.

If you have questions about the program, please review the DCP portal, decision guide, personalized financial statements or call 1-844-696-7831, Monday to Friday, 9 a.m.–7 p.m. ET.  For questions about your healthcare, retirement or other benefits, please contact your plan administrator.

**Instructions for accessing the Driver Choice Program portal:**
- **Go to**: https://www.eepoint.com/UPSDCP
- **Provide your details**: UPS employee ID, last name (including any suffix) and date of birth.
- **Create an account**: Follow the prompts.
- **Provide contact info**: Use a personal email and phone number for authentication.

**CONFIDENTIAL DRAFT**



- **Verify your identity**: Enter the verification codes sent to your email and phone.
- **Log in**: Use the same link, username and password for future logins.

Sincerely, UPS