**CONFIDENTIAL DRAFT**



# Driver Choice Program
# Personalized Statement

The Driver Choice Program (DCP) Separation Payment calculation included in this statement is based on your personal information on file in Workday. If you believe any information used is incorrect, please contact the UPS Driver Choice Program Call Center at 1-844-696-7831.

## Personalized information used to prepare this statement:

| | |
|---|---|
| **Name:** | Johnny Doe |
| **UPS Employee ID Number:** | A1234567 |
| **Full-Time Seniority Date:** | Month DD, YYYY |
| **Preliminary DCP Separation Date:**<br><br>Note: **If you would prefer an earlier date, please send your request to [DriverChoice@ups.com](mailto:DriverChoice@ups.com)**<br><br>Applications will be considered according to the local needs of the business. If the maximum number of applications is exceeded for a specific facility, approvals will be granted in full-time seniority order. Some separation dates may be extended. Your final DCP Separation Date will be provided in an updated version of this statement within two-weeks of the DCP Offer Close Date. | Month DD, YYYY |

## Driver Choice Program Separation Payment Information:

| Amount | |
|---|---|
| Your Driver Choice Program Separation Payment is equal to: | **$125,000.00** |

*See the DCP Decision Guide for more information about these benefits.*

## DCP Process

**Application and Approval**

The number of applications that will be approved is not unlimited. To apply, you must make your election via the DCP Portal during the Application Period, which opens on February 13, 2026 at 11 a.m. local time. **The portal will close for ALL eligible Drivers on March 12, 2026, at 11:59 p.m. Eastern Time**.

UPS will determine if your application is approved and notify you within two (2) weeks after your DCP Application Period closes.

Applications will be considered according to the local needs of the business. If the maximum number of applications is exceeded for a specific facility, approvals will be granted in full-time seniority order.

If approved, **most separation dates are April 26, 2026. The latest separation date will be July 26, 2026.** If you would prefer an earlier date, please make a request to DriverChoice@ups.com.

UPS reserves the right to change this date at its discretion up to 30 days prior to your scheduled DCP Separation Date.

**DCP Separation and Release Agreement**

You must submit your properly signed DCP Separation and Release Agreement within seven (7) days after you are notified of your approval. This is a requirement of the DCP and the DCP Separation Payment.

**DCP Separation Agreement Revocation Period**

If you decide to revoke your acceptance of the DCP Separation and Release Agreement, UPS must receive your properly completed DCP Revocation Form by 11:59 p.m. ET within seven (7) calendar days following the date you submitted the DCP Separation Agreement. The DCP Revocation Form must be completed, signed, and sent as a PDF document to DriverChoice@ups.com.

Your DCP Separation Agreement will not be valid until this seven (7)-calendar-day period expires. Once this period has elapsed, your acceptance of the DCP Separation Agreement is irrevocable.

## Key Dates to Know

**DCP Application Period**: February 13, 2026 through March 12, 2026. The period during which you can apply for the DCP. This period begins with your DCP Offer Start Date and time and ends with your DCP Offer Close Date and Time.

**DCP Approval Date**: The date UPS notifies you that your application for the DCP is approved. This happens within two (2) weeks after the Application Period closes.

**DCP Eligibility Date**: January 1, 2026, is the date your personal information on file in Workday is used to determine your eligibility to participate in the DCP.

**DCP Offer Start Date**: February 13,2026, at 11 a.m. local time. This is the start of the DCP Application Period.

**DCP Offer Close Date**: March 12, 2026, at 11:59 p.m. ET is the deadline to apply for the DCP. This is the end of the DCP Application Period.

**DCP Revocation Period**: If you decide to revoke your acceptance of the DCP Separation Agreement and Release, UPS must receive your properly completed DCP Revocation Form by 11:59 p.m. ET within seven (7) calendar days following the date you submitted the DCP Separation Agreement and Release.

The **DCP Revocation Form** must be completed, signed, and sent as a PDF document or photo to [DriverChoice@ups.com](mailto:DriverChoice@ups.com). Your DCP Separation Agreement and Release will not be valid until these seven (7)-calendar-day periods expire. Once these periods have elapsed, your acceptance of the DCP Separation Agreement and Release are irrevocable.

**DCP Separation Date**: The date you separate from UPS through the DCP. This date is determined by UPS. UPS reserves the right to change this date at its discretion up to 30 days prior to your scheduled Separation Date.