# INTERNATIONAL BROTHERHOOD OF TEAMSTERS

**SEAN M. O'BRIEN**
General President

25 Louisiana Avenue, NW
Washington, DC 20001



**FRED E. ZUCKERMAN**
General Secretary-Treasurer

202-624-6800
www.teamster.org

January 27, 2026

**VIA EMAIL: dbordoni@ups.com**

Daniel P. Bordoni
Global President, Labor Relations & Deputy General Counsel
United Parcel Service, Inc.
55 Glenlake Pkwy NE
Atlanta, GA 30328

    Re:    Request for Information – Driver Choice Program

Mr. Bordoni:

    You recently shared with me materials related to UPS's proposed Driver Choice Program ("DCP"). Having just learned about the DCP, the Union's initial position is that this proposed program violates obligations under the National Master Agreement and may not be unilaterally implemented without the Union's agreement.

    However, in order to more fully understand what is being proposed, please find the following requests for information below.

    1.    How much is currently budgeted/funded for the DCP?

    2.    Will additional funds be allotted if employee participation exceeds the amount currently budgeted?

    3.    Please provide all documents showing the amount currently budgeted/funded for DCP and the source of the funds.

    4.    Does UPS anticipate offering an additional DCP or similar resignation incentive to bargaining unit employees after DCP funds are exhausted?

    5.    If so, please provide all documents related to any additional DCP or similar incentive package that UPS may offer bargaining unit employees after DCP funds are exhausted.

    6.    What discretion, if any, does the UPS Workforce Transition Governance Committee have to approve or deny DCP applications?

    7.    Please list all factors that will be used by the UPS Workforce Transition Governance Committee when deciding to approve/deny a DCP application.

Daniel P. Bordoni
January 27, 2026
Page 2

8. What discretion, if any, does the UPS Workforce Transition Governance Committee have to allocate additional funds to the DCP other than what is currently budgeted?

9. Please provide all non-privileged documents in the possession of the UPS Workforce Transition Governance Committee related to the DCP, including but not limited to, factors that will be used by the UPS Workforce Transition Governance Committee when deciding to approve/deny a DCP application.

10. How did UPS arrive at the $125,000 separation package amount?

11. Please provide all documents relied on by UPS related to the $125,000 separation package amount.

12. Did UPS use a third-party consultant and/or advisor to determine the $125,000 separation package amount?

13. If so, please provide all non-privileged documents provided to UPS by the third-party consultant and/or advisor regarding the $125,000 separation package amount.

14. How many bargaining unit employees does UPS expect will participate in the DCP?

15. Please provide all documents relied on by UPS in estimating how many bargaining unit employees UPS expects will participate in the DCP.

16. How did UPS arrive at the election window of February 13 to March 12, 2026? What factors contributed to UPS utilizing this time frame?

17. Please provide all documents relied on by UPS in choosing the election window of February 13 to March 12, 2026.

18. Who made the decision to "glide down additional Amazon volume" and what were the reasons for that decision? Please be specific.

19. Please provide all documents showing the anticipated Amazon volume in January – December, 2026.

20. What UPS centers will be impacted by the "glide down [of] additional Amazon volume"?

21. Please provide documents showing what UPS centers will be impacted by the "glide down [of] additional Amazon volume".

22. Please provide documents showing the routes (by center) that UPS anticipates will be affected by the "glide down [of] additional Amazon volume".

Daniel P. Bordoni
January 27, 2026
Page 3

23. Who made the decision to "transition some final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS" and what were the reasons for that decision? Please be specific.

24. Please provide all documents showing the anticipated timeline of transition of final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS.

25. Who made the decision to transition "some" but not all "final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS" and what were the reasons for that decision? Please be specific.

26. What UPS centers will be impacted by the "transition some final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS"?

27. Please provide documents showing what UPS centers will be impacted by the "transition some final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS".

28. Please provide documents showing the routes (by center) that UPS anticipates will be affected by the "transition some final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS".

29. Please provide a list of all UPS buildings that may be closed in 2026.

30. What factors will UPS use, or has it used, to determine what UPS buildings may be closed in 2026?

31. Who made, or who will make, the decision to close UPS buildings in 2026?

32. Please provide a list of all bargaining unit positions that may be affected by layoffs in 2026.

33. What factors will UPS use, or has it used, to determine the number of bargaining unit positions that will be impacted by lay offs in 2026?

34. What UPS centers will be affected by layoffs in 2026?

35. How many employees does UPS anticipate it will layoff in 2026?

36. Please provide all documents relied on by UPS in determining the number of bargaining unit employees that will be laid off in 2026.

37. What alternatives, if any, is UPS considering, or has considered, to avoid laying off bargaining unit employees in 2026?

38. Please provide all documents showing the alternatives, if any, that UPS is considering, or has considered, to avoid laying off bargaining unit employees in 2026.

316

Daniel P. Bordoni
January 27, 2026
Page 4

    39.    Please provide all non-privileged UPS internal memos and/or e-mails in which the DCP is discussed and/or mentioned.

    40.    Please provide all non-privileged internal memos and/or e-mails in which plans and/or options related to the layoff of bargaining unit employees in 2026 is discussed and/or mentioned.

    41.    Please provide all non-privileged internal memos and/or e-mails in which plans and/or options related to the closure of UPS buildings in 2026 is discussed and/or mentioned.

    42.    Please provide all reports and/or analyses generated by UPS and/or third-party consultants and/or advisors related to the DCP.

    43.    Please provide all reports and/or analyses generated by UPS and/or third-party consultants and/or advisors related to the layoff of bargaining unit employees in 2026.

    44.    Please provide all reports and/or analyses generated by UPS and/or third-party consultants and/or advisors related to the closure of UPS buildings in 2026.

    45.    Please provide copies of all minutes of the UPS board of directors in which the DCP is discussed and/or mentioned.

    46.    Please provide copies of all minutes of the UPS board of directors in which plans and/or options related to the layoff of bargaining unit employees in 2026 is discussed and/or mentioned.

    47.    Please provide copies of all minutes of the UPS board of directors in which plans and/or options related to the closure of UPS buildings in 2026 is discussed and/or mentioned.

    48.    Please provide copies of all minutes of the UPS Workforce Transition Governance Committee in which the DCP is discussed and/or mentioned.

    49.    Please provide copies of all minutes of the UPS Workforce Transition Governance Committee in which plans and/or options related to the layoff of bargaining unit employees in 2026 is discussed and/or mentioned.

    50.    Please provide copies of all minutes of the UPS Workforce Transition Governance Committee in which plans and/or options related to the closure of UPS buildings in 2026 is discussed and/or mentioned.

    51.    What factors did UPS consider in determining the "the local needs of the business" as to the number of DCP applications that will be accepted?

    52.    Please provide all documents that UPS relied upon in evaluating and/or determining the "the local needs of the business" as to the number of DCP applications that will be accepted.

Daniel P. Bordoni
January 27, 2026
Page 5

      53.     Did UPS use a third-party consultant and/or advisor to evaluate and/or determine the "the local needs of the business" as to the number of DCP applications that will be accepted?

      54.     If so, please provide all non-privileged documents provided to UPS by the third-party consultant and/or advisor regarding the evaluation and/or determination of "the local needs of the business" as to the number of DCP applications that will be accepted.

      Once the Union has had an opportunity to review the requested information, I would like to schedule a meeting to discuss the company's proposal and clarify whether it is a breach of our Agreement. If you have any questions about any of the requests, please let me know. Otherwise, I look forward to receiving and reviewing the requested information.

                                       Sincerely,

                                         Sean M. O'Brien
                                         General President