# INTERNATIONAL BROTHERHOOD OF TEAMSTERS

**SEAN M. O'BRIEN**
General President

25 Louisiana Avenue, NW
Washington, DC 20001



**FRED E. ZUCKERMAN**
General Secretary-Treasurer

202-624-6800
www.teamster.org

February 3, 2026

**VIA EMAIL: dbordoni@ups.com**

Daniel P. Bordoni
President, Global Labor Relations & Deputy General Counsel, Labor
UPS
55 Glenlake Pkwy NE
Atlanta, GA 30328

        Re:    Request for Information – Driver Choice Program

Dear Mr. Bordoni:

     I am in receipt of your letter and attached materials that you forwarded to me on February 2, 2026. Although you did provide some of my requested information, there were numerous requests where information and documents were not provided. As I mentioned in my January 27, 2026 letter we need the requested information to make an informed decision whether the proposed "driver choice program" violates the National Master Agreement or its Supplements and Riders.

     Thus, I am renewing and clarifying the following requests that were previously made:[1]

### Determination of DCP Severance Amount

     11.    Please provide all documents relied on by UPS related to the $150,000 separation package amount.

     12.    Did UPS use a third-party consultant and/or advisor to determine the $150,000 separation package amount?

     13.    If so, please provide all non-privileged documents provided to UPS by the third-party consultant and/or advisor regarding the $150,000 separation package amount.

---

[1] The numbering below corresponds to the numbering reflected in my January 27, 2026 request. Skipped numbering reflects requested information that has been satisfied.

Daniel P. Bordoni
February 3, 2026
Page 2

      16.      How did UPS arrive at the election window of February 13 to March 12, 2026? What factors contributed to UPS utilizing this time frame?

      **Follow up request:** Your letter states, "The opening of the election window on February 13, 2026 was tied to the planned February 11, 2026 date for mailing DCP materials to employees." Please explain the reasons behind the planned February 11, 2026 mailing date and why that date was chosen.

      17.      Please provide all documents relied on by UPS in choosing the election window of February 13 to March 12, 2026.

## **Amazon Glide Down**

      18.      Who made the decision to "glide down additional Amazon volume" and what were the reasons for that decision? Please be specific.

      19.      Please provide all documents showing the anticipated Amazon volume in January – December 2026.

      20.      What UPS centers will be impacted by the "glide down [of] additional Amazon volume"?

      21.      Please provide documents showing what UPS centers will be impacted by the "glide down [of] additional Amazon volume".

      22.      Please provide documents showing the routes (by center) that UPS anticipates will be affected by the "glide down [of] additional Amazon volume".

## **UPS Ground Saver**

      23.      Who made the decision to "transition some final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS" and what were the reasons for that decision? Please be specific.

      24.      Please provide all documents showing the anticipated timeline of transition of final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS.

      25.      Who made the decision to transition "some" but not all "final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS" and what were the reasons for that decision? Please be specific.

      26.      What UPS centers will be impacted by the "transition some final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS"?


Daniel P. Bordoni
February 3, 2026
Page 3

27. Please provide documents showing what UPS centers will be impacted by the "transition some final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS".

28. Please provide documents showing the routes (by center) that UPS anticipates will be affected by the "transition some final mile delivery of Ground Saver (formerly SurePost) packages back to the USPS".

### UPS Building Closures

30. What factors will UPS use, or has it used, to determine what UPS buildings may be closed in 2026?

31. Who made, or who will make, the decision to close UPS buildings in 2026?

### 2026 Layoffs

33. What factors will UPS use, or has it used, to determine the number of bargaining unit positions that will be impacted by layoffs in 2026?

35. How many employees does UPS anticipate it will lay off in 2026?

36. Please provide all documents relied on by UPS in determining the number of bargaining unit employees that will be laid off in 2026.

37. What alternatives, if any, is UPS considering, or has considered, to avoid laying off bargaining unit employees in 2026?

38. Please provide all documents showing the alternatives, if any, that UPS is considering, or has considered, to avoid laying off bargaining unit employees in 2026.

39. Please provide all non-privileged UPS internal memos and/or e-mails in which the DCP is discussed and/or mentioned.

40. Please provide all non-privileged internal memos and/or e-mails in which plans and/or options related to the layoff of bargaining unit employees in 2026 is discussed and/or mentioned.

41. Please provide all non-privileged internal memos and/or e-mails in which plans and/or options related to the closure of UPS buildings in 2026 is discussed and/or mentioned.

42. Please provide all reports and/or analyses generated by UPS and/or third-party consultants and/or advisors related to the DCP.

43. Please provide all reports and/or analyses generated by UPS and/or third-party consultants and/or advisors related to the layoff of bargaining unit employees in 2026.

Daniel P. Bordoni
February 3, 2026
Page 4

44. Please provide all reports and/or analyses generated by UPS and/or third-party consultants and/or advisors related to the closure of UPS buildings in 2026.

45. Please provide copies of all minutes of the UPS board of directors in which the DCP is discussed and/or mentioned.

46. Please provide copies of all minutes of the UPS board of directors in which plans and/or options related to the layoff of bargaining unit employees in 2026 is discussed and/or mentioned.

47. Please provide copies of all minutes of the UPS board of directors in which plans and/or options related to the closure of UPS buildings in 2026 is discussed and/or mentioned.

48. Please provide copies of all minutes of the UPS Workforce Transition Governance Committee in which the DCP is discussed and/or mentioned.

49. Please provide copies of all minutes of the UPS Workforce Transition Governance Committee in which plans and/or options related to the layoff of bargaining unit employees in 2026 is discussed and/or mentioned.

50. Please provide copies of all minutes of the UPS Workforce Transition Governance Committee in which plans and/or options related to the closure of UPS buildings in 2026 is discussed and/or mentioned.

### Acceptance of DCP Applications Based on "Local Needs of Business"

51. What factors did UPS consider in determining the "the local needs of the business" as to the number of DCP applications that will be accepted?

Your letter states:

> The reference in the DCP materials to applications being "considered according to the local needs of the business" refers to the caps that may be imposed on the number of applications accepted at a particular location to support the Company's ability to meet local service and operational requirements. If any caps are imposed, applications will be granted in full-time seniority order.

**Follow-up request:** Please provide the maximum number of DCP applications that may be accepted at each facility and provide all documents UPS relies upon in arriving at that number.

Daniel P. Bordoni
February 3, 2026
Page 5

      Once I have received and had an opportunity to review *all* of the requested information, I will be reaching out to set up a meeting to discuss further. The Union continues to maintain our position that the DCP likely violates the NMA as well provisions of various regional supplemental agreements, and therefore cannot be implemented without the Union's approval. **<u>Accordingly, please confirm that UPS will not directly bargain with our members or unilaterally implement the DCP unless and until the Union has the opportunity to review the requested information and meet to discuss the DCP.</u>** I look forward to a prompt response confirming this understanding and to receiving the remainder of the requested information.

                                         Sincerely,

                                         Sean M. O'Brien
                                         General President