UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **INTERNATIONAL BROTHERHOOD OF TEAMSTERS and TEAMSTERS UPS NATIONAL NEGOTIATING COMMITTEE,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED PARCEL SERVICE, INC.,**<br><br>Defendant. | **CIVIL ACTION NO.:** |

### [PROPOSED] TEMPORARY RESTRAINING ORDER

This matter is before the Court on the Motion for Temporary Restraining Order by Plaintiffs International Brotherhood of Teamsters ("IBT") and Teamsters UPS National Negotiating Committee (together the "Union"). The Court having considered the Verified Complaint, affidavit, arguments of counsel and being otherwise advised in the premises, the Court hereby **ORDERS, ADJUDGES AND DECREES** that Defendant United Parcel Service, Inc. ("UPS") and their agents, officers, representatives, servants, supervisors, and employees and all other persons acting under, by, through, or in concert with them are hereby **ENJOINED** and **RESTRAINED** from:

(a) Implementing or publishing in any manner or fashion, the Drive Choice Program ("DCP") pending the earlier of the resolution of the Union's grievances concerning either the UPS Driver Voluntary Severance Plan ("DVSP") or the DCP through the grievance and arbitration procedures set forth in the National Master United Parcel Service Agreement

    ("NMA"); and

(b) Soliciting, requesting or accepting releases or waivers of claims in relation to the DCP from bargaining unit employees pending the earlier of the resolution of the Union's grievances concerning either the DVSP or the DCP through the grievance and arbitration procedures set forth in the NMA.

It is further **ORDERED, ADJUDGED AND DECREED** that any and all Releases and other DCP participation documents executed by bargaining unit employees are null and void pending the earlier of the resolution of the Union's grievances concerning either the DVSP or the DCP through the grievance and arbitration procedures set forth in the NMA;

It is further **ORDERED, ADJUDGED AND DECREED** that the Plaintiffs and Defendant shall process the Union's grievance through the contractual grievance procedure set forth in the NMA and comply with the duly issued arbitration award;

It is further **ORDERED, ADJUDGED AND DECREED** that UPS and its officers and agents communicate or cause to be communicated forthwith to members, agents and employees of UPS and all bargaining unit employees, by means reasonably calculated to insure receipt thereof, the fact that an Order has been entered by this Honorable Court, effective immediately, and the contents of said Order, and order members, agents and employees of UPS to honor and obey said Order.

It is further **ORDERED, ADJUDGED AND DECREED** that the Defendant show cause before this Court at the United States District Court for the District of Massachusetts located at 1 Courthouse Way Boston, Massachusetts, on the _____ day of February, 2026, at _____, or as soon thereafter as counsel can be heard, why a preliminary injunction should not be issued restraining and enjoining Defendant according to the demands of the Verified Complaint until further

disposition of this action.

It is further **ORDERED, ADJUDGED AND DECREED** that Plaintiffs have leave to serve true but uncertified copies of this Order upon any person acting in concert or combination with the Defendant or otherwise participating with the Defendant or acting in their aid or on its behalf.

It is further **ORDERED, ADJUDGED AND DECREED** that service of the within Order upon Defendant, via email, to the following email address, shall be deemed sufficient service:

    john.ring@morganlewis.com
    John F. Ring, Esq.
    Morgan, Lewis & Bockius LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004-2541

Done and **ORDERED** this _____ day of February, 2026   at ____, at United States District Court for the District of Massachusetts located at 1 Courthouse Way Boston, Massachusetts.

                                                                _____