UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **INTERNATIONAL BROTHERHOOD OF TEAMSTERS and TEAMSTERS UPS NATIONAL NEGOTIATING COMMITTEE,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED PARCEL SERVICE, INC.,**<br><br>Defendant. | CIVIL ACTION NO.: |

### [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

AND NOW, this _____ day of February, 2026, after hearing on Plaintiffs International Brotherhood of Teamsters ("IBT") and Teamsters UPS National Negotiating Committee (together the "Union"), Motion for Preliminary Injunction, the Court finds that:

1. Defendant United Parcel Service, Inc. ("UPS") actions in implementing the Drive Choice Program ("DCP") and offering the same to bargaining unit employees constitutes a violation of the National Master United Parcel Service Agreement ("NMA").

2. The Union has filed a grievance claiming that UPS has violated the NMA in implementing the DCP.

3. The Union and its members will suffer irreparable harm if implementation of the DCP is not enjoined because bargaining unit employees will have already voluntarily resigned and executed permanent, non-revocable releases. Arbitration after the fact would be rendered ineffective.

4. By reason of the Defendant's acts as described above and in the Verified Complaint, the Union and the bargaining unit employees it represents have suffered and will continue to suffer substantial and immediate irreparable loss and damage for which the Union has no adequate remedy at law. Such damage is imminent and unavoidable, absent immediate injunctive relief.

5. The Union has complied with all obligations imposed by law and intends to resolve this dispute through the contractual grievance and arbitration procedure.

6. The Union is likely to prevail on the merits of the Verified Complaint.

7. The Union will suffer more from the denial of a restraining order than Defendant will from its grant.

THEREFORE, the Court hereby **ORDERS, ADJUDGES AND DECREES** that Defendant United Parcel Service, Inc. ("UPS") and their agents, officers, representatives, servants, supervisors, and employees and all other persons acting under, by, through or in concert with them are hereby **ENJOINED** and **RESTRAINED** from:

(a) Implementing or in any manner or fashion, DCP pending the earlier of the resolution of the Union's grievances concerning either the UPS Driver Voluntary Severance Plan ("DVSP") or the DCP through the grievance and arbitration procedures set forth in the NMA; and

(b) Soliciting, requesting or accepting releases or waivers of claims in relation to the DCP from bargaining unit employees pending the earlier of the resolution of the Union's grievances concerning either the DVSP or the DCP through the grievance and arbitration procedures set forth in the NMA.

It is further **ORDERED, ADJUDGED AND DECREED** that any and all releases and other DCP participation documents executed by bargaining unit employees are null and void

pending the earlier of the resolution of the Union's grievances concerning either the DVSP or the DCP through the grievance and arbitration procedures set forth in the NMA;

It is further **ORDERED, ADJUDGED AND DECREED** that the Defendant shall comply with the duly issued arbitration award;

It is further **ORDERED, ADJUDGED AND DECREED** that UPS and its officers and agents communicate or cause to be communicated forthwith to members, agents and employees of UPS and all bargaining unit employees, by means reasonably calculated to insure receipt thereof, the fact that an Order has been entered by this Honorable Court, effective immediately, and the contents of said Order, and order members, agents and employees of UPS to honor and obey said Order.

It is further **ORDERED, ADJUDGED AND DECREED** that the Defendant show cause before this Court at the United States District Court for the District of Massachusetts located at 1 Courthouse Way Boston, Massachusetts, on the _____ day of February, 2026, at _____, or as soon thereafter as counsel can be heard, why a preliminary injunction should not be issued restraining and enjoining Defendant according to the demands of the Verified Complaint until further disposition of this action.

It is further **ORDERED, ADJUDGED AND DECREED** that Plaintiffs have leave to serve true but uncertified copies of this Order upon any person acting in concert or combination with the Defendant or otherwise participating with the Defendant or acting in its aid or on their behalf;

It is further **ORDERED, ADJUDGED AND DECREED** that service of the within Order upon the Defendant, via email, to the following email address, shall be deemed sufficient service:

john.ring@morganlewis.com

3

John F. Ring, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

Done and **ORDERED** this _____ day of February, 2026 at ____, at United States District Court for the District of Massachusetts located at 1 Courthouse Way Boston, Massachusetts.

_____

4