UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **INTERNATIONAL BROTHERHOOD OF TEAMSTERS and TEAMSTERS UPS NATIONAL NEGOTIATING COMMITTEE,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED PARCEL SERVICE, INC.,**<br><br>Defendant. | CIVIL ACTION NO.: |

## AFFIDAVIT OF MICHAEL A. FEINBERG IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

I, Michael A. Feinberg, hereby declare and state as follows:

1. I am an attorney with the law firm Feinberg, Dumont and Brennan. I am one of the attorneys representing Plaintiffs the International Brotherhood of Teamsters ("IBT") and the Teamsters UPS National Negotiating Committee (together the "Union") in the above-captioned case.

2. I have personal knowledge of the facts stated in this declaration and could and would competently testify to them if called upon to do so.

3. On February 9, 2026, I spoke by telephone with John F. Ring, Esq., who is counsel for Defendant United Parcel Service ("UPS") and informed him that the Union would seek injunctive relief against UPS in the United States District Court for the District of Massachusetts on February 9, 2026.

Signed under the penalties of perjury this 9th day of February, 2026.

/s/ Michael A. Feinberg
Michael A. Feinberg. Esq.

## CERTIFICATE OF SERVICE

I, Michael A. Feinberg, hereby certify that on this 9th day of February 2026, a true copy of the forgoing document was served on the below via email as follows:

john.ring@morganlewis.com
John F. Ring, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541


Dated: February 9, 2026                             /s/ Michael A. Feinberg
                                                    Michael A. Feinberg. Esq.