# Exhibit J

**From:** Daniel Bordoni
**Sent:** Friday, January 16, 2026 1:25 PM
**To:** Sean O'Brien <sobrien@teamster.org>
**Subject:** RE: UPS Voluntary Program

Sean,

One correction on the voluntary program materials – the amount should be $150k, rather than $125k.  No changes to the planned timeline.

Dan

**Daniel P. Bordoni**
President, Global Labor Relations &
 Deputy General Counsel, Labor
404-309-7077 (m)



**From:** Daniel Bordoni
**Sent:** Friday, January 9, 2026 2:00 PM
**To:** Sean O'Brien <sobrien@teamster.org>
**Subject:** UPS Voluntary Program

Sean,

Attached are materials for the voluntary program I mentioned.  This program would be a significant benefit to employees who want to retire or leave and to those who remain, particularly in the current environment.  Let me know if you change your mind and want to discuss.  As I said, we are open to input and would prefer to develop something jointly.  We would not send anything out until February 11, so there is time.  Note that we do not plan to include Local 705 and Local 710 in this program.

Dan

**Daniel P. Bordoni**
President, Global Labor Relations &
 Deputy General Counsel, Labor
404-309-7077 (m)

