# Exhibit K



**Daniel P. Bordoni**
**President, Global Labor Relations &**
**Deputy General Counsel, Labor**
**55 Glenlake Pkwy, NE**
**Atlanta, GA 30328-3474**

January 30, 2026

Sean M. O'Brien
General President
International Brotherhood of Teamsters
25 Louisiana Avenue, NW
Washington D.C. 20001

    **Re: Request for Information – Driver Choice Program (DCP)**

Dear General President O'Brien:

This responds to your January 27, 2026 letter regarding UPS's proposed Driver Choice Program ("DCP") and the Union's position that the DCP would violate obligations under the National Master Agreement ("NMA"). Your letter requests specific information related to that position, as well as a meeting to discuss the same.

As set forth below, the proposed DCP would not violate the NMA. The NMA does not address incentive programs generally, let alone incentive-based voluntary separation programs like the DCP. Although your letter does not identify specific NMA provisions, grievances filed concerning the Driver Voluntary Separation Program in 2025 ("DVSP") alleged violations of Article 6, Section 1 of the NMA. Article 6, Section 1, however, never has been interpreted to prohibit all individual agreements between UPS and its employees. Rather, it only prohibits the Company from entering or attempting to "enter into any agreement or contract with its employees . . . which in any way conflicts with the provisions of this Agreement." In fact, arbitrators have interpreted Article 6, Section 1 as expressly allowing agreements with employees that do not specifically conflict with the provisions of the collective bargaining agreement. Accordingly, UPS has entered into agreements with individual employees in the past consistent with Article 6, Section 1 and without violating the NMA. The proposed DCP – and the DVSP before it – are no different.

While the Company disagrees with the Union's position regarding NMA violations, we provide the following information in response to your request:

**DCP Budget/Funding & Additional Programs**

Funding for the DCP will be determined based on the number of drivers who volunteer for the program. There currently is no specific amount "budgeted/funded" for the proposed DCP. Separately, UPS does not currently plan to offer another voluntary separation program for drivers.

**UPS Workforce Transition Governance Committee**

As set forth in the DCP Decision Guide and Summary Plan Description ("SPD") provided on January 9, 2026, the UPS Workforce Transition Governance Committee ("WTGC") would interpret the terms and conditions of the DCP.  Specifically, it would decide all matters arising in the administration and operation of the DCP.  The WTGC would not, however, make initial decisions approving or denying DCP applications.  Instead, applicants meeting the eligibility criteria would be approved in seniority order based on the local staffing needs of the business.  To the extent there are appeals, revocations, exit date changes, and related administrative matters, those matters would be referred to the WTGC for consideration.  In making an appeal determination the WTGC would in effect approve or deny an application, but only in accordance with the terms of the SPD and eligibility criteria.  I have attached the SPD and DCP Eligibility Schedule again for your reference.  The WTGC has no authority to modify the seniority provisions of the applicable Supplement, Rider or Addendum.  The WTGC also has no decision-making authority relating to DCP funding.

**Determination of DCP Severance Amount**

The DCP severance amount was determined after considering current driver wages and proposed at a level that is more than a year of wages for the average driver.  The goal was to make the DCP meaningful and attractive to eligible employees at all seniority levels.  As I communicated on January 16, 2026, the correct amount is $150,000 rather than the $125,000 listed in the original materials shared.

**Number Expected to Participate in DCP**

We do not currently have an estimate as to the number of drivers expected to participate in the DCP.  Although we may cap participation in certain locations, no aggregate or location-specific caps on program participation have been established at this time.

**Determination of Election Window**

The election window of February 13 to March 12, 2026 is intended to provide employees almost a full month to consider whether to participate in the DCP.  This amount of time was informed in part by our experience with the DVSP, where the original two week election window was extended to provide employees sufficient time to make their decision.  The opening of the election window on February 13, 2026 was tied to the planned February 11, 2026 date for mailing DCP materials to employees.  We expect that most eligible employees would receive those materials by February 13.

**Amazon Glide Down**

As recently announced, we reduced Amazon volume by approximately 1 million pieces per day in 2025 and anticipate a similar reduction in 2026.  This reduction is expected to impact substantially all domestic UPS centers and routes in some manner.

**UPS Ground Saver**

As you know, the Company is utilizing the United States Postal Service to deliver some of its Ground Saver (formerly SurePost) volume pursuant to the terms of Article 26, Section 4 of the NMA.  The references to "some" final mile deliveries reflects the limits in Article 26, Section 4 of the NMA on how much Ground Saver volume may be tendered to the USPS for final mile delivery.   The Ground Saver transition to the USPS is expected to impact substantially all domestic UPS centers and routes in some manner.

**UPS Building Closures**

A total of 22 facilities with bargaining unit employees have been identified for closure in 2026.  The applicable Local Unions have been notified of these closures and informed of the anticipated impacts, in accordance with Article 38 the NMA.  At this time, no additional closures are planned.  Attached is a list of the 22 facilities.

**2026 Layoffs**

Over the course of 2026, we expect to be overstaffed in all classifications.  This could impact substantially all centers.  We anticipate managing this overstaffing through attrition and layoffs.

The DCP provides eligible drivers the opportunity to leave the Company with a significant monetary benefit.  By offering this program, the number of layoffs for remaining drivers could be reduced.

**Acceptance of DCP Applications Based on "Local Needs of the Business"**

The reference in the DCP materials to applications being "considered according to the local needs of the business" refers to the caps that may be imposed on the number of applications accepted at a particular location to support the Company's ability to meet local service and operational requirements.  If any caps are imposed, applications will be granted in full-time seniority order.

\*   \*   \*

I am available to meet at your convenience.  In the event the Union still believes the DCP would violate the NMA, those alleged violations would be handled through the NMA grievance procedure.  The Company will timely respond to any such grievance up to and including arbitration, just as it has with respect to the DVSP.

As communicated previously, the current plan is to mail DCP materials to employees beginning on February 11, 2026.  Although you have indicated previously that you have no interest in discussing the program, we continue to believe it would be a significant benefit to employees who choose to volunteer – whether they want to retire or leave the Company for other opportunities – as well as for those UPSers who remain.

Sincerely,

*[signature: Daniel P. Bordoni]*

Daniel P. Bordoni



**CONFIDENTIAL DRAFT**
# Driver Choice Program Eligibility Schedule

This Driver Choice Program (DCP) document describes how you have been determined to be eligible for the program. Your eligibility is based on your personal information on file in Workday as of your DCP Eligibility Date of January 1, 2026. Please refer to the Driver Choice Program Decision Guide for plan terms and conditions.

**Eligible Groups**
You are eligible to participate in the DCP if, as of your DCP Eligibility Date, you:
- Work and reside in the United States.
- Are employed by the United States-based Small Package business unit of United Parcel Service, Inc.
- Are classified in Workday as of January 1, 2026 as a U.S.-based employee in one of the following job codes:
  - O300 – Package Driver
  - O305 – Art 22.3 Pkg Car Driver
  - O308 – Combo Package Feeder Driver
  - O323 – Package Driver (Flex)
  - O338 – Full Time Helpers
  - H300 – Feeder Driver (Tractor Trailer)
  - H305 – Feeder Driver (Non-Trailer)
  - H306 – Sleep Team Driver
  - H307 – Mileage Driver
  - H310 – Central Pickup
  - H320 – Vehicle Shifter
- Are a full-time employee listed as Active in Workday as of the DCP offer date of February 13, 2026.
- Are not in an excluded group as noted in the Excluded Groups section below.

If you are on an approved leave of absence, you are eligible for the DCP if you are not in an Excluded Group as noted below and you satisfy the eligibility criteria described in the Eligible Groups section.

You must remain continuously employed with UPS from the DCP Eligibility Date through your assigned DCP Separation Date (if approved) to continue participating in the program and receive the DCP payment.

**Excluded Groups**
You are specifically excluded from participation in the DCP if, as of the DCP Eligibility Date, you are:
- Not employed by the domestic, United States-based Small Package business unit of United Parcel Service, Inc.
- Not in an eligible group as noted in the Eligible Groups described on this page.
- A seasonal or part-time employee.
- A UPS Airline or Air Group employee.
- A SCS or other subsidiary employee.

*The UPS Workforce Transition Governance Committee has the discretion to determine the eligibility of each person. Certain people may be excluded from the program due to their current job responsibilities. Each decision made by the UPS Workforce Transition Governance Committee is final.*

<p style="text-align:center; color:red;">**CONFIDENTIAL DRAFT**</p>



# Driver Choice Program
### For Eligible Full-Time U.S. Drivers Only
### Decision Guide and Summary Plan Description

## Introduction

**You are invited to apply for UPS's Driver Choice Program (DCP).** Please review this guide carefully to understand what this means for you.

### About this Document

This Driver Choice Program Decision Guide also serves as the Summary Plan Description (SPD) and the formal plan document for the DCP. It explains the key terms and conditions of the DCP benefit. The DCP is a welfare benefit plan covered by the Employee Retirement Income Security Act of 1974 (ERISA), as amended.

This Driver Choice Program Decision Guide sets forth the terms and conditions of the DCP. Terms that are capitalized throughout the DCP Decision Guide are defined at the end of the document.

Details about who is eligible for the DCP are available on the DCP Eligibility Schedule, which you can access through the DCP Portal.

Any questions you have regarding this program should be directed to the UPS Driver Choice Program Call Center at 1-844-696-7831, Monday through Friday, 9 a.m. to 7 p.m., ET.

## 1. DCP Highlights

### Eligibility

You are eligible to participate in the DCP if, as of your DCP Eligibility Date, you meet all the criteria defined in the DCP Eligibility Schedule available on the DCP Portal, which you can access with the website address shown in your offer letter. Only U.S. full-time package car drivers (including O338 Full Time Helpers) and full-time feeder drivers are eligible for the DCP.

The UPS Workforce Transition Governance Committee has the absolute discretion to determine the eligibility of each person. Each decision made by the UPS Workforce Transition Governance Committee is final.

### DCP Election Process

**Note that the number of applications that will be approved is not unlimited.** Applications will be considered according to the local needs of the business. If the maximum number of applications is exceeded for a specific facility, approvals will be granted in full-time seniority order.

UPS must receive your election through the DCP Portal by the end of the DCP Application Period. Even if you have made your election within the DCP Application Period, your application may not be approved if all available DCP packages have already been awarded.

### DCP Separation Payment

DCP Separation Payment will be $150,000. The DCP Separation Payment is described in more detail in Section 3 below.

**CONFIDENTIAL DRAFT**

## 2. DCP Participation Requirements

### DCP Application

**If you are interested, you must apply through the DCP portal during the DCP Application Period.** You may update your election at any time and as often as you would like during the DCP Application Period. Your most recent election will be logged as your final election at the close of the DCP Application Period. **You will not be eligible for the program if you do not make an election to apply.** Any elections made before or after the DCP Application Period are null and void.

**Your DCP Personalized Statement is available through the DCP Portal and includes your DCP Application Period and DCP Separation Payment amount.**

Once you have made your election on the DCP Portal, confirm that it reflects your decision and print the confirmation for your records. This includes the time/date stamp of your most recent election. You will also receive a confirmation email indicating your most recent DCP election that does not contain the time/date stamp for your election. You can access the DCP Portal at any time during the DCP Application Period by following the link provided in the offer email you received to confirm your most recent election.

If you have any questions, contact the UPS DCP Call Center at 1-844-696-7831, Monday through Friday, 9 a.m. to 7 p.m., ET.

> **Important reminder: When you apply for the DCP, you are agreeing to end your employment with UPS.**

### DCP Approval

UPS determines if your application is approved and notifies you of the decision within two (2) weeks of your DCP Offer Close Date via confirmation email or letter indicating if you have been approved or not.

**UPS will notify you of your DCP Separation Date status.** UPS reserves the right to change your DCP Separation Date at its discretion up to 30 days prior to your scheduled DCP Separation Date (such extension could go to the DCP termination date). Applications will be considered according to the local needs of the business. If the maximum number of applications is exceeded for a specific facility, approvals will be granted in full-time seniority order. Most separations will occur on April 26, 2026. Some separation dates may be extended. Your final DCP Separation Date will be provided in an updated version of this statement within two-weeks of the DCP Offer Close Date. If you would prefer an earlier date, please make a request to DriverChoice@ups.com.

### DCP Separation Agreement and Release

If your application for DCP is approved, **you have seven (7) days after the DCP Separation Date or up to 45 days after the first day of the DCP Application Period, if later, to submit your DCP Separation Agreement and Release.** This must be completed and signed electronically on the DCP Portal. Failure to do so will result in you not receiving a DCP Separation Payment.

If you decide to revoke your acceptance of the DCP Separation Agreement and Release, UPS must receive your properly completed DCP Revocation Form by 11:59 p.m. ET within seven (7) calendar days following the date you submitted the DCP Separation Agreement. The DCP Revocation Form must be completed, signed, and sent as a picture or a PDF document to DriverChoice@ups.com. Your DCP Separation Agreement and Release will not be valid until this seven (7)-calendar-day period expires. Once this period has elapsed, your acceptance of the DCP Separation Agreement and Release is irrevocable.

You must remain employed and in good standing through your DCP Separation Date. If your employment ends before the DCP Separation Date selected by UPS for any reason, including voluntary retirement (except for reason of death or disability), you will forfeit benefits provided under the DCP (DCP Separation Payment).

**CONFIDENTIAL DRAFT**

## DCP Process



Offer eligibility communicated → Election Window: Register in portal and submit application → Approval and separation date notification → Separation date. Separation agreement and release due. → Payment (if separation agreement and release are signed)

## 3. DCP Payment

### DCP Separation Payment

Your DCP Separation Payment is a single, lump sum amount equal to **$150,000 to voluntarily leave UPS**.

UPS reserves the right to change your DCP Separation Date at its discretion up to 30 days prior to your scheduled DCP Separation Date.

### Paid Time-Off

All paid time-off will be paid out following your DCP Separation Date in accordance with the terms of the applicable supplement, rider or addendum.

### How and When the DCP Separation Payment is Made

The DCP Separation Payment is made as soon as administratively possible in a single lump sum, less applicable taxes, following your DCP Separation Agreement becoming valid.

If you die after UPS receives your DCP Separation Agreement but before receiving your DCP Separation Payment, your estate will receive your DCP Separation Payment.

### Tax and Other Withholdings

Applicable taxes are withheld from your DCP Separation Payment, which is subject to federal income tax, FICA withholdings, state income tax (where applicable; based on the most current work address UPS has on record before processing payment), local income tax (where applicable), and any other state/local- specific mandatory types of withholdings. Any legally required deductions may also be withheld, such as garnishments, government actions, wage attachments, etc. The **DCP Separation Payment is taxed at supplemental income tax withholding rates**.

### Rehire Eligibility

Any employee receiving a DCP Separation Payment is not eligible for rehire.

## 4. Plan Administration

The UPS Workforce Transition Governance Committee has the exclusive right and discretion to interpret the terms and conditions of the DCP, and to decide all matters arising in its administration and operation, including questions pertaining to eligibility and/or the amount of benefits to be paid under the DCP. Any such interpretation or decision shall, subject to the claims procedure described herein, be conclusive and binding on all interested persons.

This Driver Choice Program Decision Guide is the governing document for the DCP and in the event of a conflict or inconsistency with any other documents relating to terms of the DCP, this document shall govern. In the event of a conflict or inconsistency between this Driver Choice Program Decision Guide and the terms of other applicable employee benefit plans, the official plan documents for each plan will govern.

UPS reserves the right to amend or terminate the DCP in its sole discretion. However, the DCP will automatically terminate on December 31, 2026.

### Claims Procedure

If you have a dispute about the DCP or the DCP Payment, you must submit a claim within 90 days after your DCP Separation Date. Submit your claim to the Plan Administrator to the address on page 6.

If your claim is denied, in whole or in part, the UPS Workforce Transition Governance Committee will provide

you with a written notice setting forth the following: (1) the reason(s) for the denial; the DCP provisions upon which the denial is based; (2) an explanation of what additional information or material, if any, is needed to perfect the claim and why such information or material is needed; (3) a description of the Plan's appeals procedures and the applicable time limits; and (4) a statement of the right to bring civil action under ERISA Section 502(a) following an adverse determination on appeal.

This notice will generally be sent to you within 90 days of your initial claim, though the Plan Administrator may extend the time by up to 90 days if circumstances require (in which case you will be notified in writing before the end of the initial 90-day period). If your claim is denied in whole or in part, you may, within 60 days after receiving the denial, submit a written request for reconsideration. You should include with your request any records or documents that support your appeal.

Your claim will be reviewed by the UPS Workforce Transition Governance Committee, who will respond within 60 calendar days of receipt of your request for review, provided that an extension of up to 60 days may be granted to the UPS Workforce Transition Governance Committee in special circumstances. This decision of the UPS Workforce Transition Governance Committee is final and will be provided in writing, including the following: (1) specific reasons for the decision; (2) specific references to the pertinent DCP provisions on which the decision is based; (3) a statement that you may request copies of all relevant documents, records, and other information; and (4) a statement of the right to bring an action under ERISA Section 502(a).

Any legal action to recover a payment under the DCP must be filed within 60 days of the final decision on appeal. Also, you may not commence any legal action against the DCP after the first anniversary of the date on which a payment should have been paid or commenced. Any action at law or in equity to recover under this Plan by a Participant or beneficiary relating to or arising under the Plan shall only be brought in the U.S. District Court for the Northern District of Georgia, and this court shall have personal jurisdiction over any participant or beneficiary named in the action.

> **Important reminder: When you apply for the DCP, you are agreeing to end your employment with UPS.**

**CONFIDENTIAL DRAFT**

## 5. Other Information

**Name of Plan:**
United Parcel Service Driver Choice Program

**Type of Plan:**
ERISA welfare severance plan

**Plan Number:**
549

**Plan Year:**
Jan. 1 through Dec. 31

**Plan Effective Date:**
January 1, 2026

**Employer and Plan Sponsor:**
United Parcel Service of America, Inc. 55 Glenlake Parkway Atlanta, Georgia 30328, 1-800-395-1586

**Employer Identification Number (EIN):**
95-1732075

**Plan Administrator:**
UPS Workforce Transition Governance Committee, United Parcel Service of America, Inc.
ATTN: Driver Choice Program
55 Glenlake Parkway
Atlanta, Georgia 30328
DriverChoice@ups.com

**Source of Funding:**
The DCP is funded from the general assets of the Plan Sponsor. Participant contributions are not required and not permitted.

For your information, the DCP is not an ERISA pension plan. Benefits under the DCP are not guaranteed by the Pension Benefit Guaranty Corporation or any other federal agency.
The DCP is available only until its termination on December 31, 2026. It is not an ongoing benefit.

**CONFIDENTIAL DRAFT**

## 6. Your ERISA Rights

As a participant in the United Parcel Service Driver Choice Program (DCP), you are entitled to certain rights and protections based on the Employee Retirement Income Security Act of 1974 (ERISA).

The DCP is funded entirely from the assets of United Parcel Service and is administered and maintained for the exclusive benefit of its participants and their eligible dependents within the meaning of ERISA and the Internal Revenue Code. As a participant in this DCP, you have certain rights that are provided by ERISA.

### Receive Information About Your Plan and Benefits

You may examine, without charge, at the UPS Corporate Office in Atlanta, all documents governing the DCP, including a copy of the latest annual report (Form 5500 series) filed by the DCP with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

You may obtain, upon written request to the DCP Plan Administrator, copies of all documents governing the operation of the DCP and copies of the latest annual report (Form 5500 series) or updated summary plan description. The DCP Plan Administrator may make a reasonable charge for the copies.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for DCP participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate the DCP, called "fiduciaries" of the DCP, have a duty to do so prudently and in the interest of the DCP participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit from the DCP, or from exercising your rights under ERISA.

### Enforce Your Rights

If your claim for a welfare benefit under an ERISA-covered plan (including the DCP) is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have a right to receive, without charge, copies of documents related to the denial. You have the right to have the UPS Workforce Transition Governance Committee review and reconsider your claim. Under ERISA, there are steps you can take to enforce the above rights.

For instance, if you request materials from the UPS Workforce Transition Governance Committee and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the UPS Workforce Transition Governance Committee to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the UPS Workforce Transition Governance Committee. If you have a claim for benefits that is denied or ignored in whole or in part, you may file suit in a federal court, but only after you have exhausted the plan's Claims Procedure described on page 5.

If DCP fiduciaries misuse the DCP money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

Any action at law or in equity must begin within three years of the denial of any appeal from an initial adverse benefit determination, regardless of any federal or state statute establishing procedures relating to limitations of actions.

### Assistance with Your Questions

If you have any questions about the DCP, you should contact the UPS Driver Choice Program Call Center at 1-844-696-7831. Representatives are available Monday through Friday, 9 a.m. to 7 p.m., ET. If you have any questions about this statement or about your rights under ERISA, or if you need assistance obtaining documents from the UPS Workforce Transition Governance Committee, you should contact the nearest office of the U.S. Department of Labor, Pension and Welfare Benefits Administration listed in your telephone directory, or send written inquiries to: Public Disclosure Room, Room N1513, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Ave., N.W., Washington, D.C., 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

## 7. Definition of Terms

**DCP Application Period:** The offer begin and end dates during which the DCP Election (your application) can be submitted through the DCP Portal. Your DCP Application Period is available on the DCP Personalized Statement through the DCP Portal. You cannot change your final election after the close of the DCP Application Period. If your DCP Application is approved, you cannot rescind your decision to leave the company.

**Driver Choice Program Decision Guide:** This guide serves as the Summary Plan Description (SPD) and formal plan document for the DCP.

**DCP Election:** Your decision to apply for the DCP that must be completed and submitted through the DCP Portal.

**DCP Eligibility Date:** Your eligibility is based on your personal information on file in UPS Workday as of this date.

**DCP Eligibility Schedule:** Information about your eligibility, based on your personal information on file with the UPS Workday as of your DCP Eligibility Date.

**DCP Personalized Statement:** Personalized information about your DCP package.

**DCP Offer End Date:** This is the end of your DCP Application Period and the last day you can submit a DCP Election in the DCP Portal.

**DCP Offer Start Date:** The start date and designated time you can apply for DCP by submitting your DCP Election through the DCP Portal. This is the beginning of your DCP Application Period.

**DCP Portal:** A website where you can access and submit your DCP Election and access other documents, including the Driver Choice Program Decision Guide, DCP Eligibility Schedule, DCP Separation Agreement and Release, DCP Revocation Form, and DCP Personalized Statement.

**DCP Revocation Form:** The DCP Revocation Form must be completed, signed, and sent as a PDF document or picture to DriverChoice@ups.com if you decide to revoke your acceptance of the DCP Separation Agreement and Release.

**DCP Separation Agreement:** A form you must complete and sign electronically on the DCP Portal within seven (7) days after the DCP Separation Date or up to 45 days after the first day of the DCP Application Period, if later.

**DCP Separation Date:** The date you separate from UPS through the DCP. This date is determined by UPS. UPS reserves the right to change your DCP Separation Date at its discretion up to 30 days prior to your scheduled DCP Separation Date.

**DCP Separation Payment:** Your DCP Separation Payment is a single, lump sum amount equal to $150,000.

**Seniority:** Full-time seniority is as determined under the applicable supplement, rider, or addendum.

*This document sets forth the terms and conditions of the UPS Driver Choice Program Plan (DCP). If there is any error or inconsistency between this document and the official plan documents governing the terms of any other UPS employee benefit plan or program, the official plan documents for each will govern.*

| Building Closure | Facility | ADDRESS |
|---|---|---|
| Jamieson Park | WAKAN | 9210 W Harlan Ln, Spokane, WA 99224 |
| Chalk Hill - HIB | TXCKL | 4495 Dfw Turnpike, Dallas, TX 75212 |
| Jacksonville, IL | ILJAC | 823 E Morton Ave, Jacksonville, IL 62650 |
| Joliet | ILJOL | 1817 Moen Avenue, Rockdale, IL 60436 |
| Devils Lake | NDDEV | 1020 10th Ave SE Devils Lake, ND 58301 |
| Laramie | WYLAR | 157 N. Second St, Laramie, WY 82070 |
| Pendleton | ORPEN | 3577 NW Westgate Dr, Pendleton, OR 97801 |
| North Hills Village | CAVNN | 16719 Schoenborn St, North Hills, CA 91343 |
| Las Vegas North | NVLAS | 740 N Martin Luther King Blvd, Las Vegas, NV 89106 |
| Quad Avenue | MDQUA | 6501 Quad Ave, Baltimore, MD 21205 |
| Wilmington, MA | MAWLG | 40 Fordham Rd, Wilmington, MA 01887 |
| Ashland | MAASH | 158 Butterfield Drive, Ashland, MA 01721 |
| Sagamore | MASAG | 53 Meeting House Road, Sagamore Beach, MA 02562 |
| Miami Downtown Air | FLMMA | 3500 NW 64th Ave Miami, FL 33122 |
| Camden | ARCAM | 604 E Washington St, Camden, AR 71701 |
| Blytheville | ARBLY | 1500 Parco Rd, Blytheville, AR 72315 |
| Kosciusko | MSKOS | 19254 Highway 12 E, Kosciusko, MS 39090 |
| Columbia Hub | SCCOL | 1782 Old Dunbar Road, West Columbia, SC 29169 |
| Atlanta Hub | GAATL | 270 Marvin Miller Drive, Atlanta, GA 30336 |
| Kinston | NCKIN | 709 Summit Ave, Kinston, NC 28501 |
| Austinburg | OHAUS | 1553 State Route 45, Austinburg, OH 44010 |
| Cadillac | MICAD | 1421 Edward Potthoff Street, Cadillac, MI 49601 |