# Exhibit M



Michael Clayton
Vice President, Labor Relations
55 Glenlake Pkwy, NE
Atlanta, GA 30328-3474

February 12, 2026

Johnny Sawyer
Small Package Coordinator
International Brotherhood of Teamsters
25 Louisiana Avenue, N.W.
Washington, D.C. 20001

Re: February 6, DCP Grievance

Dear Johnny:

This letter acknowledges that UPS received the grievance filed by the Teamsters UPS National Negotiating Committee (Union) regarding the Driver Choice Program (DCP) on February 6, 2026. For the record, UPS denies that the DCP violates any of the terms of the National Master Agreement (NMA). The Company agrees that the NMA grievance process is the appropriate procedure for resolution of this dispute regarding the DCP. The Company will be prepared to respond to the specific details of the grievance at the appropriate time in the grievance process.

Do not hesitate to contact me if you have any questions.

Sincerely,

Mike Clayton
Vice President, Labor Relations
United Parcel Service Inc.